**Burton R. LANDES, Appellant,**

v.

**UNITED STATES of America.**

**No. 11577.**

United States Court of Appeals
Third Circuit.

Argued June 8, 1955.

Decided June 20, 1955.

Burton R. Landes, pro se.

G. Clinton Fogwell, Jr., Asst. U. S. Atty., Philadelphia, Pa. (W. Wilson White, U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

Our examination of the record in this case discloses no error. The order of the district court will be affirmed.

**Albert J. OTTAVIANO**

v.

**READING COMPANY, Appellant.**

**No. 11580.**

United States Court of Appeals
Third Circuit.

Argued June 8, 1955.

Decided June 17, 1955.

Henry R. Heebner, Philadelphia, Pa. (Morgan, Lewis & Bockius, Philadelphia, Pa., on the brief), for appellant.

Elwood S. Levy, Philadelphia, Pa. (Richter, Lord & Farage, Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

In this personal injury Federal Employers' Liability action arising out of an accident, the jury found for the plaintiff.

The defendant urges here, as it did below, that the verdict was against the weight of the evidence and that it was excessive. As to the latter, the court below specifically found that "the amount of the verdict is not so excessive as to shock the conscience of the Court." Our examination of the record discloses no error. The judgment of the district court will be affirmed.